IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3229 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDY ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 33, the motion for leave to amend, filed by the defendant, Patty Dory. In filing no. 33, the defendant, Patty Dory, states that when she filed her original answer, filing no. 27, she did so pro se. Ms. Dory has since retained counsel and is requesting leave of the court to file an amended answer to the plaintiff's complaint. After review of the record, I will grant Ms. Dory's request. Defendant Dory shall have until May 16, 2005 to file her amended answer.

    SO ORDERED.

    DATED this 18th day of April, 2005.

                                                                 BY THE COURT:

                                                                  s/F.A. GOSSETT
                                                                  United States Magistrate Judge