IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, ) | |
| ) | |
| Plaintiff, ) | 4:04cv3229 |
| ) | |
| vs. ) | ORDER |
| ) | |
| RANDY ANDERSON, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 54, the Motion to Continue Planning Conference filed by the plaintiff, Steven R. Blair, a prisoner in the custody of the Nebraska Department of Correctional Services. Filing no. 54 is denied, and the conference set for July 12, 2006 at 3:00 p.m. will be held as scheduled in filing no. 44. At the conference, among any other matters to be addressed, counsel for the parties shall be prepared (a) to discuss the defendants' pending Motion for Stay (filing no. 46), (b) to inform the undersigned regarding the status of the plaintiff's related state court criminal case, and (c) to clarify why the progress of this case depends, if at all, on the outcome of the state court proceedings. I will then report to and consult with District Judge Richard G. Kopf.

    SO ORDERED.

    DATED this 10th day of July, 2006.

                                                  BY THE COURT:

                                                  s/ F. A. GOSSETT
                                                  United States Magistrate Judge